## (January 30, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARLOW JOSEPH FRADEN.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ ROSE SHAPIRO, as Administratrix of the Estate of TED SHAPIRO, Deceased, v. AGNES E. RIDDLE et al. AGNES K. RIDDLE et al., v. ANTOVEL PAINTING Co., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

## SECOND DEPARTMENT, JANUARY, 1958

## (January 6, 1958)

■ CLUETT, PEABODY & Co., INC., Appellant-Respondent, v. J. W. MAYS, INC., Respondent-Appellant.— Motion to dismiss appeal of appellant-respondent denied, without costs. (See *Cluett, Peabody & Co.* v. *J. W. Mays, Inc.*, 5 A D 2d 140.) Present — Nolan, P. J., Wenzel, Beldock and Murphy, JJ.; Kleinfeld, J., not voting.

■ THEODORA FOX, Respondent, v. MURRAY FOX, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN MILO, Appellant.—Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ. [See 4 A D 2d 679.]